BILL GREEN v. STATE.

No. A-3675—Opinion Filed Jan. 15, 1921.

(193 Pac. 1077.)

Appeal from County Court, Stephens County; G. T. Burrows, County Judge.

On the 17th day of November, 1919, Bill Green was convicted of having in his possession intoxicating liquor, with the intent of violating the prohibitory liquor laws of the state by selling or giving away or otherwise disposing of same to other persons, and he appeals. Judgment reversed.

J. B. Wilkinson, for plaintiff in error.

S. P. Freeling, Atty. Gen., W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. In this case the Attorney General has confessed error, setting out that the record fails to disclose that the plaintiff in error was in possession of the certain intoxicating liquor for unlawful purposes, as charged in the information, and a reading of the record bears out the Attorney General's contention.

The case is therefore reversed and remanded to the trial court.

---

In re CHARLIE RICHARDS.

No. A-3901—Opinion Filed Jan. 22, 1921.

(194 Pac. 1119.)

Application by Charlie Richards to be admitted to bail. Writ denied, and bail refused.

Warren & Warren, for petitioner.

PER CURIAM. This is an application by petition of Charlie Richards to be admitted to bail, after having been held without bail by L. W. Oakes, justice of the peace, in Choctaw county, Okla., to await the action of the district court of said county upon a charge of murder. After this preliminary hearing an application for bail, supported by the same evidence here adduced, was presented to, heard, and denied by the district court of Choctaw county. At the preliminary examination the petitioner did not testify, but in support of his application for bail filed and presented an ex parte affidavit, giving his version of the homicide. Petitioner says that said restraint to await the action of the district court is illegal and unauthorized, because the proof is not evident nor the presumption great that this petitioner is guilty of the crime of murder, and that therefore he is entitled to bail in a reasonable sum. Without setting out at length or analyzing the testimony taken at the preliminary examination and the affidavits filed in support of this petition, we deem it sufficient to say that upon a careful consideration of all the evidence presented in support of the application for bail we are of the opinion that the petitioner is not entitled to bail as a matter of legal right. It is therefore considered, ordered, and adjudged that the writ be denied, and bail refused.